## Commonwealth ex rel. Higgins *v.* Higgins, Appellant.

Before TOOTHMAN, P. J.

Argued November 13, 1974.

*Thomas B. Kostolansky,* for appellant; *William R. Davis,* with him *Maxwell & Davis,* for appellee.

Order affirmed.